**Scura, Wigfield, Heyer & Stevens, LLP**
1599 Hamburg Tpk
Wayne, NJ 07470
973-696-8391
973-696-8571

Invoice submitted to:

Tricia Trovarelli
238 Palisades Ave, Apt. 7
Cliffside Park, NJ 07010

September 06, 2016

In Reference To: Chapter 13
Case #  C13-00755
Invoice # 40064

Professional Services

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/30/2015 | RS | Paralegal- open file | 0.30<br>150.00/hr | 45.00 |
| 10/1/2015 | RS | Paralegal- draft petition | 1.20<br>150.00/hr | 180.00 |
| 10/5/2015 | JBE | Paralegal- Telephone call with client. | 0.20<br>150.00/hr | 30.00 |
|  | JBE | Paralegal- Converted petition.  Drafted plan and plan calculations.  Telephone calls with client. | 2.00<br>150.00/hr | 300.00 |
| 10/28/2015 | DLS | Call with client concerning plan and non-exempt equity.  Call with mortgage broker about financing. | 0.30<br>375.00/hr | 112.50 |
| 11/17/2015 | JBE | Paralegal- Recalculated plan.  Voicemail to client. | 0.20<br>150.00/hr | 30.00 |
| 11/18/2015 | JBE | Paralegal- Telephone call with client. | 0.20<br>150.00/hr | 30.00 |
| 1/25/2016 | JBE | Telephone call with client re. questions concerning case.  Re-calculated plan payments re. change is stock values.  Telephone call to client re. plan payout needed. | 1.50<br>150.00/hr | 225.00 |
| 3/21/2016 | JBE | Telephone call with client. | 0.10<br>150.00/hr | 15.00 |

Tricia Trovarelli                                                                                                                    Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/7/2016 | JBE | Telephone call with client. | 0.20<br>150.00/hr | 30.00 |
| 4/15/2016 | JBE | Telephone call with client. | 0.10<br>150.00/hr | 15.00 |
| 4/25/2016 | TA | Paralegal- Set up Chapter 13 file. | 0.40<br>150.00/hr | 60.00 |
| 6/20/2016 | JBE | Revised plan calculations using current values of both stock accounts, call to client. | 0.40<br>150.00/hr | 60.00 |
| 6/21/2016 | JBE | Telephone call with client.  Revised petition. | 0.60<br>150.00/hr | 90.00 |
| 6/23/2016 | JBE | Petition and plan revisions. | 0.60<br>150.00/hr | 90.00 |
| 6/28/2016 | JBE | Additional petition revisions, filed case and plan. | 0.50<br>150.00/hr | 75.00 |
| 7/5/2016 | JBE | Telephone call with client. | 0.20<br>150.00/hr | 30.00 |
| 7/7/2016 | JBE | 341 ltr to client. | 0.50<br>150.00/hr | 75.00 |
| 7/14/2016 | JBE | Prepared docs for Trustee for 341, uploaded same. | 0.30<br>150.00/hr | 45.00 |
| 8/8/2016 | CB | Plan and prepare for 341 meeting, scheduled for tomorrow.  Reviewed pleadings, PACER, NDC website.  Called client to discuss case.  Discussed 100% s. loans outside plan with JES | 0.50<br>375.00/hr | 187.50 |
| 8/9/2016 | CB | Drive to and from Newark for 341 hearing (time split with other clients) | 0.40<br>150.00/hr | 60.00 |
|  | CB | Appearance at 341 hearing, wait time, and conversations with client regarding case | 0.40<br>375.00/hr | 150.00 |
|  |  | For professional services rendered | 11.10 | $1,935.00 |
|  |  | Additional Charges : |  |  |
| 1/5/2016 | | Credit InfoNet Search |  | 23.00 |
| 7/12/2016 | | Lawyer Service Delivery |  | 310.00 |
|  |  | Total costs |  | $333.00 |

Tricia Trovarelli                                                                                       Page    3

|  | Amount |
|---|---|
| Total amount of this bill | $2,268.00 |
| 9/29/2015  Payment - Thank You | ($600.00) |
| 11/19/2015  Payment - Thank You | ($1,275.00) |
| Total payments and adjustments | ($1,875.00) |
| Balance due | $393.00 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| DLS - David L. Stevens, Esq. | 0.30 | 375.00 |
| CB - Christopher Balala, Esq. | 0.90 | 375.00 |
| CB - Christopher Balala, Esq. | 0.40 | 150.00 |
| JBE - John B Esposito - Paralegal | 7.60 | 150.00 |
| RS - Ray Sanchez - Paralegal | 1.50 | 150.00 |
| TA - Tami Arce - Paralegal | 0.40 | 150.00 |